**REDACTED COPY**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

FILED
2012 FE 29 AM 11: 04
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **INDICTMENT** |
| v. | § § § § § § § § § | [VIO: COUNT ONE: 21 U.S.C. §§ 841(a)(1)&(b)(1)(C), Possession of Cocaine with Intent to Distribute; COUNT TWO: 21 U.S.C. §§ 841(a)(1)&(b)(1)(C) and 846, Conspiracy to Possess Cocaine with Intent to Distribute.] |
| JOEY LONGORIA-GARZA | § | Cause No.: |

# DR12CR0311

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1)&(b)(1)(C)]

Between on or about November 1, 2011 and February 3, 2012, in the Western District of Texas, Defendant,

JOEY LONGORIA-GARZA

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved less than 500 grams of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT TWO</u>
[21 U.S.C. §§ 841(a)(1)&(b)(1)(C) and 846]

Between on or about November 1, 2011 and February 3, 2012, in the Western District of Texas, Defendant,

JOEY LONGORIA-GARZA

knowingly and intentionally combined, conspired, confederated and agreed with others known and unknown to the Grand Jury, to commit the following offense against the United States: to possess with the intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

ROBERT PITMAN
United States Attorney

By: _____
MATTHEW H. WATTERS
Assistant United States Attorney

**DR12CR0311**

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: Dimmit    USAO #: 2012R02224
DATE: February 29, 2012    MAG. CT. #: MATTER
AUSA: Matthew H. Watters
DEFENDANT: JOEY LONGORIA-GARZA SR.
CITIZENSHIP: USC
INTERPRETER NEEDED: _____ Language: ___
DEFENSE ATTORNEY: _____
ADDRESS OF ATTORNEY: _____
DEFENDANT IS: ____    DATE OF ARREST: N/A
BENCH WARRANT NEEDED:
PROBATION OFFICER: N/A
NAME AND ADDRESS OF SURETY: N/A
YOUTH CORRECTIONS ACT APPLICABLE: NO
PROSECUTION BY: INDICTMENT.
OFFENSE: (Code & Description): COUNT 1- 21 U.S.C. §§ 841(a)(1)&(b)(1)(C) and 846, Conspiracy to Possess Cocaine with Intent to Distribute; COUNT 2 - 21 U.S.C. §§841(a)(1)&(b)(1)(C), Possession of Cocaine with Intent to Distribute.
OFFENSE IS A: FELONY
MAXIMUM SENTENCE: For each count - 20 years imprisonment; a $1,000,000 fine; at least 3 years supervised release; and a $100 special assessment.
PENALTY IS MANDATORY:    Yes ___    No ___
REMARKS: See above    W D T-Cr-3